# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>JOHN J. McNAMARA,<br><br><br>　　　　　　　　　Defendant. | Adv. Proc. 19-50998 (JKS) |

## ORDER APPROVING STIPULATION OF SETTLEMENT AND FOR ENTRY OF JUDGMENT AGAINST JOHN J. MCNAMARA

The Court having considered the *Stipulation of Settlement and for Entry of Judgment Against John J. McNamara* (the "Stipulation") and the Settlement Agreement (the "Settlement Agreement") attached thereto[2], it is hereby ORDERED that:

　　　　1.　　The Stipulation and the Settlement Agreement are approved in their entirety.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation or the Settlement Agreement, as applicable.

2. The above-captioned adversary proceeding (the "Adversary Proceeding") shall be administratively closed. Notwithstanding such administrative closure, the Adversary Proceeding shall be reopened upon the filing of a Certification of Counsel by counsel for the Trustee or his successor (without the need for joinder by counsel for Defendant) stating either:

a. The full Reduced Payment Amount has been fully paid in strict accordance with the terms of the Stipulation and Settlement Agreement, in which case the Trustee or his successor shall file a notice of dismissal with prejudice; or

b. The full Reduced Payment Amount has not been paid in strict accordance with the terms of the Stipulation and Settlement Agreement, in which case the Stipulated Judgment will be entered in the full amount of the Stipulated Judgment Entitlement.

3. This Court retains exclusive jurisdiction to interpret and enforce this Order, the Stipulation, and the Settlement Agreement.

Dated: August 16th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE